

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00232-CV

IN RE D. CHRIS HESSE, RELATOR

ORIGINAL PROCEEDING ON PETITION FOR WRIT OF MANDAMUS

July 1, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the court is a petition for writ of mandamus filed by D. Chris Hesse. Hesse asks that we issue a writ of mandamus directing the Hon. W.F. "Corky" Roberts, County Court at Law No. 1, Potter County, to act upon a petition for writ of mandamus pending in that court.[1] We deny the petition for writ of mandamus without opinion as permitted by Texas Rule of Appellate Procedure 52.8(d). TEX. R. APP. P. 52.8(d) (stating that "[w]hen denying relief, the court may hand down an opinion but is not required to do so").

Per Curiam

---

[1] Apparently, Hesse asked Judge Roberts to order a local municipal court judge to unlock the doors to her courtroom and allow Hesse to enter. Apparently, the door was locked once proceedings began for the day back in the fall of 2015.